DNJ-Cr-023 (09/2017)



2018 OCT -1  P 1: 42

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

Michael Sorrentino

Defendant(s).

Criminal No. 2:14-cr-00558

**REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS**
**(Requestor Not Represented by Counsel)**

I, David Porter, wish to obtain a copy of the sentencing materials submitted to the Court on 09/28/2018 in this case as to defendant, Michael Sorrentino. I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: dporter@ap.org
Address: Associated Press
50 Park Place, Suite 1538
Newark, NJ 07102

By: _[signature]_