DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY



UNITED STATES OF AMERICA,

v.

Michael Sorrentino

Defendant(s).

Criminal No. 2:14-cr-00558

**REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS**
(Requestor Not Represented by Counsel)

I, Bill Wichert, wish to obtain a copy of the sentencing materials submitted to the Court on 9/25/18 in this case as to defendant, Michael Sorrentino. I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: bill.wichert@law360.com

Address:
Bill Wichert
139 Union Avenue
Clifton, NJ 07011

By: *Bill Wichert*